# Court of Appeals
# of the State of Georgia

ATLANTA,  May 01, 2023

*The Court of Appeals hereby passes the following order:*

**A23A0531.  PHILLIP RODRIGUEZ v. ANGEL FOSTER.**

We granted Phillip Rodriguez's application for discretionary appeal from a contempt order in a divorce case. After careful review of the entire record in this case, as well as the applicable law, we conclude that the application was improvidently granted. Accordingly, it is ordered that this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/01/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*